# Court of Appeals
# of the State of Georgia

ATLANTA,  January 13, 2014

*The Court of Appeals hereby passes the following order:*

**A14A0753.  DERRICK BAILEY v. MARK BUTLER, COMMISSIONER OF GEORGIA DEPARTMENT OF LABOR et al.**

Derrick Bailey filed a notice of direct appeal from a superior court order affirming a decision of the Georgia Department of Labor concerning his application for unemployment benefits.  Under OCGA § 5-6-35 (a) (1), however, a party seeking to appeal a superior court decision reviewing a state agency ruling must follow the discretionary appeal procedure.  See *Dunlap v. City of Atlanta*, 272 Ga. 523, 524 (531 SE2d 702) (2000).  Accordingly, we lack jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 01/13/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*